FILED
11/3/20 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10930-TPA |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 93 |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**ORDER REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**AND NOW** on this __3rd__ day of __November__, 2020, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion for Approval of Post-Petition Vehicle Financing is GRANTED.

Debtors are authorized to seek vehicle financing with a maximum monthly payment amount of Three Hundred Fifty Dollars ($350.00) per month.

The purchase/financing transaction shall occur on or before 30 days. An amended Chapter 13 Plan, to include the payment for the subject vehicle and a Report of Financing, shall be filed on or before 7 days after the date of purchase/financing.

BY THE COURT,

Thomas P. Agresti, *Judge*   ljm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 17-10930-TPA
Barton S. Koehne                                                                                          Chapter 13
Jennifer Sue Koehne
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: dpas    Page 1 of 2
Date Rcvd: Nov 03, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

**Recip ID     Recipient Name and Address**
db/jdb        + Barton S. Koehne, Jennifer Sue Koehne, 192 Columbia Avenue, Greenville, PA 16125-1977

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020                     Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

**Name                              Email Address**

Daniel P. Foster
    on behalf of Joint Debtor Jennifer Sue Koehne dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Barton S. Koehne dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tamera Ochs Rothschild
    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com

District/off: 0315-1 User: dpas Page 2 of 2
Date Rcvd: Nov 03, 2020 Form ID: pdf900 Total Noticed: 1

Thomas Song
                          on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 6