**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BARTON S. KOEHNE
JENNIFER SUE KOEHNE

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant
    vs.
PA DEPARTMENT OF REVENUE*

        Respondents

Case No. 17-10930TPA

Chapter 13

Document No __

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED WITH NO EXPLANATION.

PA DEPARTMENT OF REVENUE*
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

Court claim# 1/Trustee CID# 47

The Movant further certifies that on 02/05/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
BARTON S. KOEHNE, JENNIFER SUE
KOEHNE, 192 COLUMBIA AVENUE,
GREENVILLE, PA  16125

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER
LAW OFFICES, 1210 PARK AVE,
MEADVILLE, PA  16335

ORIGINAL CREDITOR:
PA DEPARTMENT OF REVENUE*, BUR
OF COMPL SECT-DEPT 280946,
STRAWBERRY SQ, HARRISBURG, PA
17128

ORIGINAL CREDITOR'S COUNSEL:
COMMONWEALTH OF
PENNSYLVANIA**, OFC OF THE
ATTORNEY GENERAL (PA REV NTCS),
1251 WATERFRONT PL, MEZZANINE
LEVEL, PITTSBURGH, PA  15222

NEW CREDITOR: