**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10930-TPA |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 104 |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on May 24, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than June 10, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>June 11, 2021</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: June 11, 2021

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10930-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Oct 14 16:05:21 EDT 2020 | Freedom Mortgage Corporation<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | 13/7, LLC<br>PO BOX 1931<br>Burlingame CA 94011-1931 |
| ACS Education Services<br>Po Box 7052<br>Utica, NY 13504-7052 | AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 | Aarons Sales & Lease<br>Attn: Bankruptcy<br>400 Galleria Parkway SE, Suite 300<br>Atlanta, GA 30339-3182 |
| BMO Harris Bank, N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | Bay Area Credit Services<br>4145 Shackleford Road<br>Suite 330b<br>Norcross, GA 30093-3541 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595-2322 | Check N Go<br>7755 Montgomery Road<br>Suite 400<br>Cincinnati, OH 45236-4197 | Commonwealth Financial Systems<br>245 Main Street<br>Dickson City, PA 18519-1641 |
| Convergent Outsoucing, Inc<br>Po Box 9004<br>Renton, WA 98057-9004 | Drs. Thomas & Hill Co.<br>4853 Galaxy Parkway<br>Suite i<br>Cleveland, OH 44128-5939 | ERC / Enhanced Recovery Corporation<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Ecmc<br>Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 | Emp of Lake County Ltd<br>4535 Dressler Road NW<br>Canton, OH 44718-2545 | Erie Banks Emergency Physicians LLC<br>P.O. Box 37817<br>Philadelphia, PA 19101 |
| First Federal Credit & Collections<br>24700 Chagrin Bouledar<br>Suite 205<br>Cleveland, OH 44122-5662 | First Federal Credit & Collections<br>24700 Chagrin Boulevard<br>Suite 205<br>Cleveland, OH 44122-5662 | First Merit Bank<br>Huntington Banks<br>Columbus, OH 43216 |
| First Premier<br>601 South Minneapolis Avenue<br>Sioux Falls, SD 57104 | Flagstar Bank<br>Attn: Bankruptcy Dept<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | Huntington National Bank<br>41 South High Street<br>Columbus, OH 43215-3406 | Huntington National Bank<br>7 Easton Oval<br>Columbus, OH 43219-6060 |

| | | |
|---|---|---|
| Huntington National Bank<br>Bankruptcy Notifications<br>Po Box 340996<br>Columbus, OH 43234-0996 | IC Systems, Inc<br>Attention: Bankruptcy<br>Po Box 64378<br>St Paul, MN 55164-0378 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MDS / Medical Data Systems<br>2001 9th Avenue<br>Suite 312<br>Vero Beach, FL 32960-6413 | Mohela / Department of Education<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navistar Captial<br>2701 Navistar Drive<br>Lisle, IL 60532-3637 | (p)NORTHWEST SAVINGS BANK<br>P O BOX 337<br>WARREN PA 16365-0337 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sharon Regional Health System<br>740 East State Street<br>Sharon, PA 16146-3395 | Springleaf Financial Services<br>Sheffield Village Plaza<br>Elyria, OH 44035 |
| Summit Truck Group<br>11401 Diamond Drive<br>North Little Rock, AR 72117-1814 | Synchrony Bank<br>Attention: Bankruptcy<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank / Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | Time Warner Cable<br>400 Atlantic Street, Suite 6<br>Stamford, CT 06901-3533 |
| U.S. Department of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield, Mo 63005-1243 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | United Auto Credit Company<br>Po Box 163049<br>Ft Worth, TX 76161-3049 |

| | | |
|---|---|---|
| University Hospital Medical Practice<br>18599 Lake Shore Boulevard, Suite 200<br>Euclid, OH 44119-1071 | Us Department Of Education<br>Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3192 | Verizon<br>Bankruptcy Dept<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Barton S. Koehne<br>192 Columbia Avenue<br>Greenville, PA 16125-1977 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jennifer Sue Koehne<br>192 Columbia Avenue<br>Greenville, PA 16125-1977 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Jefferson Capital Systems, LLC<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | Northwest Savings Bank<br>100 Liberty Street<br>Warren, PA 16365 |
| Phoenix Financial Services, LLC<br>Po Box 361450<br>Indianapolis, IN 46236 | Plaza Services, LLC<br>110 Hammond Drive<br>Suite 110<br>Atlanta, GA 30328 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| T-Mobile USA, Inc.<br>12920 SE 38th Street<br>Bellevue, WA 98006 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)13/7, LLC | (u)Freedom Mortgage Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    66
Bypassed recipients     3
Total                  69