# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10930-TPA |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 107 |
| Barton S. Koehne and | : | |
| Jennifer Sue Koehne, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 6th day of October 2021**,** come Barton S. Koehne and Jennifer Sue Koehne ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 5, 2017 (the "Filing Date").

2. On May 24, 2021, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On June 14, 2021, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated June 14, 2021.

Date: <u>October 6, 2021</u>  /s/ *Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors