**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/29/2021

IN RE:

| | |
|---|---|
| BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE<br>192 COLUMBIA AVENUE<br>GREENVILLE,  PA  16125<br>XXX-XX-5669          Debtor(s)<br><br>XXX-XX-3219 | Case No.17-10930 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/29/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **AARONS SALES & LEASE D/B/A AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br>ATLANTA, GA  30368 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2666 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*4410~FLAGSTAR/SCH*BGN 10/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0232 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=2152.14 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0497 |
| **NORTHWEST SAVINGS BANK****<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA  16365 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=0*W/49 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0258 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 5   INT %: 4.00%<br>Court Claim Number: 1<br>CLAIM: 2,672.19<br>COMMENT: $@4%/CL-PL~2014 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5669 |
| **BAY AREA CREDIT SERVICE**<br>POB 467600<br>ATLANTA, GA  31146 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~EMP OF LAKE CNTY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1093 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9572 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNCHRONY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7028 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA  18519 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ERIE BANKS EMRGNCY PHYSCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 75N1 |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br>RENTON, WA  98057 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: T MOBILE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0059 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account / Claim / Comment |
|---|---|---|
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT MOBILITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8524 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TIME WARNER CABLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5480 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILLS AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2606 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UNIVERSITY HSPTL MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8925 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILLS AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2605 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6020 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6717 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1936 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5980 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1937 |

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6022 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6021 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1934 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DRS HILL AND THOMAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1933 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 1,408.06<br>COMMENT: FIRSTMERIT BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5132 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 1,452.62<br>COMMENT: STMT THRU 12/25/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5636 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BELIEVED TO BE A DUP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5636 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0666 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VERIZON WIRELESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7003 |
| **MDS/MEDICAL DATA SYSTEMS**<br>2001 9TH AVE STE 312<br><br>VERO BEACH, FL  32960 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SHARON RGNL HEALTH SYSTEMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3087 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US DEPARTMENT OF EDUCATION/MOHELA**<br>PO BOX 790233<br>ST LOUIS, MO  63179 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  3,887.56<br>COMMENT:  0001/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5669 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  3,961.50<br>COMMENT:  LOAN BGN 2/12/15*FR ONEMAIN-DOC 45 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6166 |
| **PHOENIX FINANCIAL SERVICE**<br>PO BOX 361450<br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EMP OF LAKE COUNTY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5681 |
| **PHOENIX FINANCIAL SERVICE**<br>PO BOX 361450<br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EMP OF LAKE COUNTY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5680 |
| **13.7 LLC**<br>PO BOX 1931<br>BURLINGAME, CA  94011-1931 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:11-2<br>CLAIM:  0.00<br>COMMENT:  AMD CL 11-2 @ 871.26 W/DRAWN-DOC 53*OE-DOC 54*W/60 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6346 |
| **BMO HARRIS BANK NA**<br>PO BOX 71951<br>CHICAGO, IL  60694 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  40,422.94<br>COMMENT:  SUMMIT TRUCK~REPO/SCH*DFNCY BAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0701 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,407.43<br>COMMENT:  ACCT NT/SCH*SCH @ CID 38 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3219 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O GREAT LAKES HIGHER EDUCATIONAL GUA<br>PO BOX 7858<br>MADISON, WI  53708-7858 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9581 |
| **AT&T MOBILITY**<br>P.O. BOX 6416<br>CAROL STREAM, IL  60197-6416 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CHECK N GO**<br>1600 S RACOON RD<br>YOUNGSTOWN, OH  44515 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **EMP OF LAKE COUNTY LTD**<br>ATTN: 18932M<br>PO BOX 14000<br>BELFAST, ME 04915 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SHARON REG HEALTH SYSTEM**<br>740 EAST STATE STREET<br>SHARON, PA 16146 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **T MOBILE**<br>BKO TEAM<br>POB 53410<br>BELLEVUE, WA 98015-3410 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TIME WARNER CABLE**<br>530 S MAIN ST STE 1751<br>AKRON, OH 44311-1090 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 222.40<br>COMMENT: $@0%/CL-PL~15,16*NTC-RSV | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5669 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 10.65<br>COMMENT: NO GEN UNS/SCH*15-16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5669 |
| **NORTHWEST SAVINGS BANK****<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA 16365 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,171.64<br>COMMENT: SURR/PL*NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0258 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 16,028.66<br>COMMENT: 5669/7229*$/CL-PL*/AMD E | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5669 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number:6 <br> CLAIM:  9,699.65 <br> COMMENT:  5669/3219*NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5669 |
| **FREEDOM MORTGAGE CORP** <br> ATTN PAYMENT PROCESSING <br> 10500 KINCAID DR <br> FISHERS, IN  46037 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number:8 <br> CLAIM:  300.11 <br> COMMENT:  CL8GOV*$/CL-PL*THRU 9/17 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  0232 |
| **NAVISTAR FINANCIAL CORPORATION** <br> ATTN: KATHLEEN N REED LEGAL DEPT <br> 2701 NAVISTAR DR <br> STE 7-3-P23-02 <br> LISLE, IL  60532 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  /AMD F*11-14-17 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:54  INT %:  0.00% <br> Court Claim Number:12 <br> CLAIM:  451.01 <br> COMMENT:  NT/SCH*ARROW FNCL/1ST PREMIER*STALE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8241 |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> PO BOX 790321 <br> ST LOUIS, MO  63197-0321 | Trustee Claim Number:55  INT %:  0.00% <br> Court Claim Number:13 <br> CLAIM:  14,364.73 <br> COMMENT:  8581/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3219 |
| **MCCALLA RAYMER  ET AL** <br> NATL BANKRUPTCY DEPT** <br> 1544 OLD ALABAMA RD** <br> ROSWELL, GA  30076-2102 | Trustee Claim Number:56  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++** <br> 1 PENN CENTER PLZ STE 1400 <br> 1617 JFK BLVD <br> PHILADELPHIA, PA  19103 | Trustee Claim Number:57  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:58  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **BROCK & SCOTT PLLC** <br> 302 FELLOWSHIP RD STE 130 <br> MT LAUREL, NJ  08054 | Trustee Claim Number:59  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **13.7 LLC** <br> PO BOX 1931 <br> BURLINGAME, CA  94011-1931 | Trustee Claim Number:60  INT %:  0.00% <br> Court Claim Number:11 <br> CLAIM:  996.88 <br> COMMENT:  PLAZA SVCS/FIRST VIRGINIA*W/35 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7748 |