IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barton S. Koehne and Jennifer Sue Koehne<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>17-10930-TPA |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant.<br>v. | CHAPTER 13 |
| Barton S. Koehne and Jennifer Sue Koehne<br>    Debtors/Respondents, | |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Nationstar Mortgage LLC d/b/a Mr. Cooper, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  January 19, 2022         BY:/s/ Lily C. Calkins
                                 Christopher A. DeNardo 78447
                                 Kristen D. Little 79992
                                 Lily C. Calkins 327356
                                 LOGS Legal Group LLP
                                 3600 Horizon Drive, Suite 150
                                 King of Prussia, PA 19406
                                 (610) 278-6800
                                 logsecf@logs.com

LLG File #: 22-066745

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barton S. Koehne and Jennifer Sue Koehne<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>17-10930-TPA |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant.<br>v.<br>Barton S. Koehne and Jennifer Sue Koehne<br>　　　Debtors/Respondents,<br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>  19th  </u> day of <u>       January       </u>, 2022:

Barton S. Koehne
192 Columbia Avenue
Greenville, PA 16125

Jennifer Sue Koehne
192 Columbia Avenue
Greenville, PA 16125

Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335 - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com