**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10930-JAD |
| | : | |
| Barton S Koehne and | : | CHAPTER 13 |
| Jennifer Sue Koehne, | : | |
|     Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| Barton S Koehne, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 125 |
| | : | |
| vs. | : | |
| | : | |
| West Penn Aggregates Inc., | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>November 21, 2022</u> | By: /s/ Kristen N. Dennis |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**WEST PENN AGGREGATES INC**
**RD 2**
**BOX 134D**
**SLIPPERY ROCK PA 16057**