Certificate Number: 03088-PAW-DE-037014333

Bankruptcy Case Number: 17-10930



03088-PAW-DE-037014333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2022, at 8:53 o'clock PM CST, Barton S Koehne completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    December 1, 2022              By:    /s/Doug Tonne

Name:    Doug Tonne

Title:    Counselor