**Fill in this information to identify the case:**

Debtor 1     BARTON S. KOEHNE

Debtor 2     JENNIFER SUE KOEHNE
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 17-10930-TPA

---

Form 4100R
# Response to Notice of Final Cure Payment             10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:**   Lakeview Loan Servicing, LLC                     **Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0842

**Property address:**    192 COLUMBIA AVE
                         Number  Street
                         *Greenville, PA 16125
                         City       State     ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:  01/01/2023
                                                                 MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                      (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:                 +(b) $ _____

   c. **Total**. Add lines a and b.                                                 (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became       _____
   due on:                                                            MM/DD/YYYY

Debtor1  BARTON S. KOEHNE
 First       Middle       Last

Case number *(if known)* 17-10930-TPA

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/Mario Hanyon
   Signature

Date 12/19/2022

Print    Mario Hanyon
         First Name    Middle Name    Last Name

Title   Attorney

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   8757 Red Oak Blvd., Suite 150
          Number          Street

          Charlotte, NC 28217
          City            State    ZIP Code

Contact phone   844-856-6646   Email   PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE<br><br>LAKEVIEW LOAN SERVICING, LLC,<br>    Movant<br><br>vs.<br><br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE,<br>    Debtors<br>and<br><br>RONDA J WINNECOUR<br>    Respondent | Case No. 17-10930-TPA<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Daniel P. Foster, Esq.
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

BARTON S. KOEHNE
192 COLUMBIA AVE
GREENVILLE, PA 16125-1977
*Debtor*

JENNIFER SUE KOEHNE
192 COLUMBIA AVE
GREENVILLE, PA 16125-1977
*Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: December 19, 2022

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**