# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE<br><br>LAKEVIEW LOAN SERVICING, LLC,<br>    Movant<br><br>vs.<br><br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE,<br>    Debtors<br>and<br><br>RONDA J WINNECOUR<br>    Respondent | Case No. 17-10930-JAD<br><br>Chapter 13 |

## WITHDRAWAL OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    Lakeview Loan Servicing, LLC ("Movant"), by and through its legal counsel, hereby withdraws its AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY filed on December 16, 2022, Docket Number 135.

This 22nd day of December 2022.

                                                */s/Mario Hanyon*
                                                Andrew Spivack, PA Bar No. 84439
                                                Matt Fissel, PA Bar No. 314567
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Starks, PA Bar No. 330002
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                8757 Red Oak Boulevard, Suite 150
                                                Charlotte, NC 28217
                                                Telephone: (844) 856-6646
                                                Facsimile: (704) 369-0760
                                                E-Mail: PABKR@brockandscott.com

21-07889 BKSUP06

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE<br><br>LAKEVIEW LOAN SERVICING, LLC,<br>    Movant<br><br><br><br>vs.<br><br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE,<br>    Debtors<br>and<br><br>RONDA J WINNECOUR<br>    Respondent | Case No. 17-10930-JAD<br><br>Chapter 13<br><br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    I certify under penalty of perjury that on this day, I served or caused to be served the Withdrawal of AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

| | |
|---|---|
| DANIEL P. FOSTER, ESQ.<br>FOSTER LAW OFFICES<br>1210 PARK AVENUE<br>MEADVILLE, PA 16335<br>*Counsel for Debtor* | RONDA J WINNECOUR<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219<br>*Chapter 13 Trustee* |

21-07889 BKSUP06

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| JENNIFER SUE KOEHNE<br>192 COLUMBIA AVE<br>GREENVILLE, PA 16125-1977 | RONDA J WINNECOUR<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219<br>*Chapter 13 Trustee* |
| BARTON S. KOEHNE<br>192 COLUMBIA AVE<br>GREENVILLE, PA 16125-1977<br>*Debtor* | |

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>December 22, 2022</u>

                                            */s/Mario Hanyon*
                                            Andrew Spivack, PA Bar No. 84439
                                            Matt Fissel, PA Bar No. 314567
                                            Mario Hanyon, PA Bar No. 203993
                                            Ryan Starks, PA Bar No. 330002
                                            Jay Jones, PA Bar No. 86657
                                            Attorney for Creditor
                                            BROCK & SCOTT, PLLC
                                            8757 Red Oak Boulevard, Suite 150
                                            Charlotte, NC 28217
                                            Telephone: (844) 856-6646
                                            Facsimile: (704) 369-0760
                                            E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

21-07889 BKSUP06