**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Barton S. Koehne**
**Jennifer Sue Koehne**
   Debtor(s)

Bankruptcy Case No.: 17−10930−JAD

Chapter: 13
Docket No.: 141 − 139

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 22nd of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 2/6/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/15/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/6/23.**

          Jeffery A. Deller
          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Barton S. Koehne

Jennifer Sue Koehne

    Debtors

Case No. 17-10930-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: auto                    Page 1 of 4

Date Rcvd: Dec 22, 2022                    Form ID: 408                 Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barton S. Koehne, Jennifer Sue Koehne, 192 Columbia Avenue, Greenville, PA 16125-1977 |
| 14687976 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 14687985 | + | Ecmc, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14687986 | + | Emp of Lake County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 14687988 | | Erie Banks Emergency Physicians LLC, P.O. Box 37817, Philadelphia, PA 19101 |
| 14687992 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 15425791 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14688003 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14727899 | + | Navistar Captial, 2701 Navistar Drive, Lisle, IL 60532-3637 |
| 14688007 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14688008 | | Springleaf Financial Services, Sheffield Village Plaza, Elyria, OH 44035 |
| 14688009 | + | Summit Truck Group, 11401 Diamond Drive, North Little Rock, AR 72117-1814 |
| 14688013 | | Time Warner Cable, 400 Atlantic Street, Suite 6, Stamford, CT 06901-3533 |
| 14688014 | + | United Auto Credit Company, Po Box 163049, Ft Worth, TX 76161-3049 |
| 14688015 | + | University Hospital Medical Practice, 18599 Lake Shore Boulevard, Suite 200, Euclid, OH 44119-1071 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14759709 | + | Email/Text: documentfiling@lciinc.com | Dec 22 2022 23:41:00 | 13/7, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14687977 | + | Email/Text: g20956@att.com | Dec 22 2022 23:41:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14687975 | + | Email/Text: bankruptcynotices@aarons.com | Dec 22 2022 23:41:00 | Aarons Sales & Lease, Attn: Bankruptcy, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |
| 14724103 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Dec 22 2022 23:41:00 | BMO Harris Bank, N.A., PO Box 3040, Cedar |

District/off: 0315-1 | User: auto | Page 2 of 4
Date Rcvd: Dec 22, 2022 | Form ID: 408 | Total Noticed: 63

Rapids, IA 52406-3040

| 14687978 | ^ MEBN | Dec 22 2022 23:38:26 | Bay Area Credit Services, 4145 Shackleford Road, Suite 330b, Norcross, GA 30093-3541 |
|---|---|---|---|
| 14687979 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:35 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14687980 | + Email/Text: bankruptcy@cavps.com | Dec 22 2022 23:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14687981 | + Email/Text: bankruptcy@axcess-financial.com | Dec 22 2022 23:41:00 | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| 14687982 | + Email/Text: commonwealth@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14687983 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14687987 | + Email/Text: bknotice@ercbpo.com | Dec 22 2022 23:41:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14687990 | Email/Text: jill@ffcc.com | Dec 22 2022 23:41:00 | First Federal Credit & Collections, 24700 Chagrin Bouledar, Suite 205, Cleveland, OH 44122 |
| 14687989 | Email/Text: jill@ffcc.com | Dec 22 2022 23:41:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14687994 | Email/Text: EBNBKNOT@ford.com | Dec 22 2022 23:41:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14687991 | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | First Merit Bank, Huntington Banks, Columbus, OH 43216 |
| 14687993 | + Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2022 23:41:00 | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15425792 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2022 23:41:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14751614 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14687997 | + Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14687995 | + Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14687996 | + Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14687998 | + Email/Text: Bankruptcy@ICSystem.com | Dec 22 2022 23:41:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14727897 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14687999 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2022 23:41:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14760687 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:10 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services., LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555218 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:41:00 | Lakeview Loan Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14688000 | + Email/Text: MDSBankruptcies@meddatsys.com | | |

District/off: 0315-1    User: auto    Page 3 of 4

Date Rcvd: Dec 22, 2022    Form ID: 408    Total Noticed: 63

| | | Dec 22 2022 23:41:00 | MDS / Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
|---|---|---|---|
| 14688001 | Email/Text: EBN@Mohela.com | | |
| | | Dec 22 2022 23:41:00 | Mohela / Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14722889 | Email/Text: EBN@Mohela.com | | |
| | | Dec 22 2022 23:41:00 | U.S. Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 15453185 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 22 2022 23:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, Po Box 619096, Dallas, TX 75261-9096 |
| 14688002 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Dec 22 2022 23:45:23 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14743441 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Dec 22 2022 23:45:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14688004 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Dec 22 2022 23:45:34 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14688005 | Email/Text: info@phoenixfinancialsvcs.com | | |
| | | Dec 22 2022 23:40:00 | Phoenix Financial Services, LLC, Po Box 361450, Indianapolis, IN 46236 |
| 14688006 | Email/Text: info@plazaservicesllc.com | | |
| | | Dec 22 2022 23:41:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14778843 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 22 2022 23:45:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14688478 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Dec 22 2022 23:45:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14704569 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Dec 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14688010 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 22 2022 23:44:55 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14688011 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 22 2022 23:44:56 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14688012 | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | Dec 22 2022 23:45:34 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 14721566 | + Email/Text: bankruptcy@huntington.com | | |
| | | Dec 22 2022 23:41:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14776201 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Dec 22 2022 23:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14688016 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Dec 22 2022 23:41:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14688017 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Dec 22 2022 23:40:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 13/7, LLC |
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727898 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

| 14727896 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
|---|---|---|
| 14687984 | ##+ | Drs. Thomas & Hill Co., 4853 Galaxy Parkway, Suite i, Cleveland, OH 44128-5939 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Sue Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Barton S. Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 11