**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARTON S. KOEHNE<br>JENNIFER SUE KOEHNE<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>     vs.<br>No Respondents. | Case No.:17-10930 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/05/2017 and confirmed on 3/22/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 63,186.84 |
| Less Refunds to Debtor | 805.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,381.73 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,350.00 | |
|    Trustee Fee | 2,883.26 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,233.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 32,200.87 | 0.00 | 32,200.87 |
|   Acct: 0842 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 300.11 | 300.11 | 0.00 | 300.11 |
|   Acct: 0842 | | | | |
| AARONS SALES & LEASE D/B/A AARONS I | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2666 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,672.19 | 2,672.19 | 162.81 | 2,835.00 |
|   Acct: 5669 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0497 | | | | |
| NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0258 | | | | |
| | | | | 35,335.98 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARTON S. KOEHNE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARTON S. KOEHNE | 805.11 | 805.11 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL P FOSTER ESQ** | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 950.00 | 950.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/20 | | | | |
| PA DEPARTMENT OF REVENUE* | 70.24 | 70.24 | 0.00 | 70.24 |
|   Acct: 5669 | | | | |
| INTERNAL REVENUE SERVICE* | 16,028.66 | 16,028.66 | 0.00 | 16,028.66 |
|   Acct: 5669 | | | | |
| | | | | 16,098.90 |
| **Unsecured** | | | | |
| BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1093 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9572 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7028 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 75N1 | | | | |
| | CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0059 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8524 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5480 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2606 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8925 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2605 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6020 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6717 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1936 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5980 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1937 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6022 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6021 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1934 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1933 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 1,408.06 | 81.15 | 0.00 | 81.15 |
| | Acct: 5132 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 1,452.62 | 83.72 | 0.00 | 83.72 |
| | Acct: 5636 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5636 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0666 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7003 | | | | |
| | MDS/MEDICAL DATA SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3087 | | | | |
| | US DEPARTMENT OF EDUCATION/MOHEL | 3,887.56 | 224.06 | 0.00 | 224.06 |
| | Acct: 5669 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 3,961.50 | 228.32 | 0.00 | 228.32 |
| | Acct: 6166 | | | | |
| | PHOENIX FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5681 | | | | |
| | PHOENIX FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5680 | | | | |
| | 13.7 LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6346 | | | | |
| | BMO HARRIS BANK NA | 40,422.94 | 2,329.78 | 0.00 | 2,329.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0701 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 1,407.43 | 81.11 | 0.00 | 81.11 |
| Acct: 3219 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9581 | | | | |
| PA DEPARTMENT OF REVENUE* | 10.65 | 0.61 | 0.00 | 0.61 |
| Acct: 5669 | | | | |
| NORTHWEST SAVINGS BANK** | 4,171.64 | 240.43 | 0.00 | 240.43 |
| Acct: 0258 | | | | |
| INTERNAL REVENUE SERVICE* | 9,699.65 | 559.04 | 0.00 | 559.04 |
| Acct: 5669 | | | | |
| NAVISTAR FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8241 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 14,364.73 | 827.91 | 0.00 | 827.91 |
| Acct: 3219 | | | | |
| 13.7 LLC | 996.88 | 57.46 | 0.00 | 57.46 |
| Acct: 7748 | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMP OF LAKE COUNTY LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHARON REG HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,713.59 |

TOTAL PAID TO CREDITORS                                                          56,148.47

```
TOTAL CLAIMED
  PRIORITY          16,098.90
  SECURED            2,972.30
  UNSECURED         81,783.66
```

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARTON S. KOEHNE
JENNIFER SUE KOEHNE
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-10930 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10930-JAD |
| Barton S. Koehne | Chapter 13 |
| Jennifer Sue Koehne | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barton S. Koehne, Jennifer Sue Koehne, 192 Columbia Avenue, Greenville, PA 16125-1977 |
| 14687976 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 14687985 | + | Ecmc, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14687986 | + | Emp of Lake County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 14687988 | | Erie Banks Emergency Physicians LLC, P.O. Box 37817, Philadelphia, PA 19101 |
| 14687992 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 15425791 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14688003 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14727899 | + | Navistar Captial, 2701 Navistar Drive, Lisle, IL 60532-3637 |
| 14688007 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14688008 | | Springleaf Financial Services, Sheffield Village Plaza, Elyria, OH 44035 |
| 14688009 | + | Summit Truck Group, 11401 Diamond Drive, North Little Rock, AR 72117-1814 |
| 14688013 | | Time Warner Cable, 400 Atlantic Street, Suite 6, Stamford, CT 06901-3533 |
| 14688014 | + | United Auto Credit Company, Po Box 163049, Ft Worth, TX 76161-3049 |
| 14688015 | + | University Hospital Medical Practice, 18599 Lake Shore Boulevard, Suite 200, Euclid, OH 44119-1071 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14759709 | + | Email/Text: documentfiling@lciinc.com | Dec 22 2022 23:41:00 | 13/7, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14687977 | + | Email/Text: g20956@att.com | Dec 22 2022 23:41:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14687975 | + | Email/Text: bankruptcynotices@aarons.com | Dec 22 2022 23:41:00 | Aarons Sales & Lease, Attn: Bankruptcy, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |
| 14724103 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Dec 22 2022 23:41:00 | BMO Harris Bank, N.A., PO Box 3040, Cedar |

Case 17-10930-JAD   Doc 146   Filed 12/24/22   Entered 12/25/22 00:25:05   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Rapids, IA 52406-3040 |
| 14687978 | | ^ MEBN | Dec 22 2022 23:38:26 | Bay Area Credit Services, 4145 Shackleford Road, Suite 330b, Norcross, GA 30093-3541 |
| 14687979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:22 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14687980 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2022 23:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14687981 | + | Email/Text: bankruptcy@axcess-financial.com | Dec 22 2022 23:41:00 | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| 14687982 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14687983 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14687987 | + | Email/Text: bknotice@ercbpo.com | Dec 22 2022 23:41:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14687990 | | Email/Text: jill@ffcc.com | Dec 22 2022 23:41:00 | First Federal Credit & Collections, 24700 Chagrin Bouledar, Suite 205, Cleveland, OH 44122 |
| 14687989 | | Email/Text: jill@ffcc.com | Dec 22 2022 23:41:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14687994 | | Email/Text: EBNBKNOT@ford.com | Dec 22 2022 23:41:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14687991 | | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | First Merit Bank, Huntington Banks, Columbus, OH 43216 |
| 14687993 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2022 23:41:00 | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15425792 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2022 23:41:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14751614 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14687997 | + | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14687995 | + | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14687996 | + | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14687998 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 22 2022 23:41:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14727897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14687999 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2022 23:41:00 | Jefferson Capital Systems, LLC, 16 Mceland Road, Saint Cloud, MN 56303 |
| 14760687 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:45:10 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555218 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:41:00 | Lakeview Loan Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14688000 | + | Email/Text: MDSBankruptcies@meddatsys.com | | |

Case 17-10930-JAD   Doc 146   Filed 12/24/22   Entered 12/25/22 00:25:05   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2022 23:41:00 | MDS / Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14688001 | | Email/Text: EBN@Mohela.com | Dec 22 2022 23:41:00 | Mohela / Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14722889 | | Email/Text: EBN@Mohela.com | Dec 22 2022 23:41:00 | U.S. Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 15453185 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, Po Box 619096, Dallas, TX 75261-9096 |
| 14688002 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2022 23:45:02 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14743441 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2022 23:45:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14688004 | + | Email/PDF: cbp@onemainfinancial.com | Dec 22 2022 23:45:34 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14688005 | | Email/Text: info@phoenixfinancialsvcs.com | Dec 22 2022 23:40:00 | Phoenix Financial Services, LLC, Po Box 361450, Indianapolis, IN 46236 |
| 14688006 | | Email/Text: info@plazaservicesllc.com | Dec 22 2022 23:41:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14778843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14688478 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:45:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14704569 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14688010 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 23:44:59 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14688011 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 23:44:55 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14688012 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 22 2022 23:45:34 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 14721566 | + | Email/Text: bankruptcy@huntington.com | Dec 22 2022 23:41:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14776201 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14688016 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14688017 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2022 23:40:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 13/7, LLC |
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727898 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| 14727896 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14687984 | ##+ | Drs. Thomas & Hill Co., 4853 Galaxy Parkway, Suite i, Cleveland, OH 44128-5939 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Daniel P. Foster
on behalf of Joint Debtor Jennifer Sue Koehne dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Barton S. Koehne dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tamera Ochs Rothschild
on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com

Thomas Song
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 11