**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 17-10930-JAD** |
| **Barton S. Koehne and** | : | |
| **Jennifer Sue Koehne,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.: 149** |
| **Barton S. Koehne and** | : | |
| **Jennifer Sue Koehne,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**<u>STATUS REPORT</u>**

**AND NOW** this 17th day of January 2023**,** come Barton S. Koehne and Jennifer Sue Koehne ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 5, 2017 (the "Filing Date").

2. On November 21, 2022, Debtors filed a *Consent Order for Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On November 23, 2022, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated November 23, 2022.

Date: <u>January 17, 2023</u>                         <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors