| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Barton S. Koehne<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5669<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer Sue Koehne<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3219<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–10930–JAD | | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barton S. Koehne                    Jennifer Sue Koehne

2/7/23                              **By the court:** <u>Jeffery A. Deller</u>
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Barton S. Koehne  
Jennifer Sue Koehne  
    Debtors

Case No. 17-10930-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 5  
Date Rcvd: Feb 08, 2023      Form ID: 3180W      Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barton S. Koehne, Jennifer Sue Koehne, 192 Columbia Avenue, Greenville, PA 16125-1977 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Nati, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14687976 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 14687985 | + | Ecmc, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14687986 | + | Emp of Lake County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 14687988 | | Erie Banks Emergency Physicians LLC, P.O. Box 37817, Philadelphia, PA 19101 |
| 14687992 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 15425791 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14688003 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14727899 | + | Navistar Captial, 2701 Navistar Drive, Lisle, IL 60532-3637 |
| 14688007 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14688008 | | Springleaf Financial Services, Sheffield Village Plaza, Elyria, OH 44035 |
| 14688009 | + | Summit Truck Group, 11401 Diamond Drive, North Little Rock, AR 72117-1814 |
| 14688013 | | Time Warner Cable, 400 Atlantic Street, Suite 6, Stamford, CT 06901-3533 |
| 14688014 | + | United Auto Credit Company, Po Box 163049, Ft Worth, TX 76161-3049 |
| 14688015 | + | University Hospital Medical Practice, 18599 Lake Shore Boulevard, Suite 200, Euclid, OH 44119-1071 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 23:53:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 08 2023 23:40:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | EDI: PRA.COM | Feb 09 2023 04:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14759709 | + | EDI: LCIFULLSRV | | |

District/off: 0315-1 User: auto Page 2 of 5
Date Rcvd: Feb 08, 2023 Form ID: 3180W Total Noticed: 66

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 09 2023 04:44:00 | 13/7, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14687977 | + | EDI: CINGMIDLAND.COM | Feb 09 2023 04:44:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14687975 | + | Email/Text: bankruptcynotices@aarons.com | Feb 08 2023 23:40:00 | Aarons Sales & Lease, Attn: Bankruptcy, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |
| 14724103 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Feb 08 2023 23:40:00 | BMO Harris Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 14687978 | ^ | MEBN | Feb 08 2023 23:37:27 | Bay Area Credit Services, 4145 Shackleford Road, Suite 330b, Norcross, GA 30093-3541 |
| 14687979 | + | EDI: CAPITALONE.COM | Feb 09 2023 04:44:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14687980 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 23:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14687981 | + | Email/Text: bankruptcy@axcess-financial.com | Feb 08 2023 23:40:00 | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| 14687982 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 08 2023 23:40:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14687983 | + | EDI: CONVERGENT.COM | Feb 09 2023 04:44:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14687987 | + | Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:40:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14687990 | | Email/Text: rj@ffcc.com | Feb 08 2023 23:40:00 | First Federal Credit & Collections, 24700 Chagrin Bouledar, Suite 205, Cleveland, OH 44122 |
| 14687989 | | Email/Text: rj@ffcc.com | Feb 08 2023 23:40:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14687994 | | Email/Text: EBNBKNOT@ford.com | Feb 08 2023 23:40:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14687991 | | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | First Merit Bank, Huntington Banks, Columbus, OH 43216 |
| 14687993 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 08 2023 23:40:00 | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15425792 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 08 2023 23:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14751614 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 08 2023 23:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14687997 | + | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14687995 | + | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14687996 | + | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14687998 | + | EDI: LCIICSYSTEM | Feb 09 2023 04:44:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14727897 | + | EDI: IRS.COM | Feb 09 2023 04:44:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14687999 | | EDI: JEFFERSONCAP.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14760687 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 04:44:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| | | | Feb 08 2023 23:53:17 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555218 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Lakeview Loan Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 14688000 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 08 2023 23:40:00 | MDS / Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14688001 | | Email/Text: EBN@Mohela.com | Feb 08 2023 23:40:00 | Mohela / Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14722889 | | Email/Text: EBN@Mohela.com | Feb 08 2023 23:40:00 | U.S. Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 15453185 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, Po Box 619096, Dallas, TX 75261-9096 |
| 15557108 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Nationstar Mortgage, LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14688002 | + | EDI: NAVIENTFKASMSERV.COM | Feb 09 2023 04:44:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14743441 | | EDI: AGFINANCE.COM | Feb 09 2023 04:44:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14688004 | + | EDI: AGFINANCE.COM | Feb 09 2023 04:44:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14688005 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 08 2023 23:40:00 | Phoenix Financial Services, LLC, Po Box 361450, Indianapolis, IN 46236 |
| 14688006 | | Email/Text: info@plazaservicesllc.com | Feb 08 2023 23:40:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14778843 | | EDI: PRA.COM | Feb 09 2023 04:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14688478 | + | EDI: RECOVERYCORP.COM | Feb 09 2023 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14704569 | + | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14704569 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14688010 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14688011 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14688012 | | EDI: AISTMBL.COM | Feb 09 2023 04:44:00 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 14721566 | + | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14776201 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:40:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14688016 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:40:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 3180W | Total Noticed: 66 |

| 14688017 | + EDI: VERIZONCOMB.COM | | |
|---|---|---|---|
| | | Feb 09 2023 04:44:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 13/7, LLC |
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727898 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14727896 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14687984 | ##+ | Drs. Thomas & Hill Co., 4853 Galaxy Parkway, Suite i, Cleveland, OH 44128-5939 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Sue Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Barton S. Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 5 of 5 |
| Date Rcvd: Feb 08, 2023 | Form ID: 3180W | Total Noticed: 66 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Tamera Ochs Rothschild
    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 12