FILED
2/7/23 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARTON S. KOEHNE
JENNIFER SUE KOEHNE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10930 JAD

Chapter 13

Related to ECF No. 139

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 7th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER  jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10930-JAD |
| Barton S. Koehne | Chapter 13 |
| Jennifer Sue Koehne | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barton S. Koehne, Jennifer Sue Koehne, 192 Columbia Avenue, Greenville, PA 16125-1977 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Nati, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14687976 | + | ACS Education Services, Po Box 7052, Utica, NY 13504-7052 |
| 14687985 | + | Ecmc, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14687986 | + | Emp of Lake County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 14687988 | | Erie Banks Emergency Physicians LLC, P.O. Box 37817, Philadelphia, PA 19101 |
| 14687992 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 15425791 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14688003 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14727899 | + | Navistar Captial, 2701 Navistar Drive, Lisle, IL 60532-3637 |
| 14688007 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14688008 | | Springleaf Financial Services, Sheffield Village Plaza, Elyria, OH 44035 |
| 14688009 | + | Summit Truck Group, 11401 Diamond Drive, North Little Rock, AR 72117-1814 |
| 14688013 | | Time Warner Cable, 400 Atlantic Street, Suite 6, Stamford, CT 06901-3533 |
| 14688014 | + | United Auto Credit Company, Po Box 163049, Ft Worth, TX 76161-3049 |
| 14688015 | + | University Hospital Medical Practice, 18599 Lake Shore Boulevard, Suite 200, Euclid, OH 44119-1071 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 23:53:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 08 2023 23:40:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 23:53:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14759709 | + | Email/Text: documentfiling@lciinc.com | Feb 08 2023 23:40:00 | 13/7, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 14687977 | + | Email/Text: g20956@att.com | Feb 08 2023 23:40:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14687975 | + | Email/Text: bankruptcynotices@aarons.com | Feb 08 2023 23:40:00 | Aarons Sales & Lease, Attn: Bankruptcy, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |

District/off: 0315-1      User: auto      Page 2 of 4
Date Rcvd: Feb 08, 2023      Form ID: pdf900      Total Noticed: 65

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14724103 | + Email/Text: BMOTFBKNOTICES@BMO.COM | Feb 08 2023 23:40:00 | BMO Harris Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 14687978 | ^ MEBN | Feb 08 2023 23:37:28 | Bay Area Credit Services, 4145 Shackleford Road, Suite 330b, Norcross, GA 30093-3541 |
| 14687979 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 23:53:17 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14687980 | + Email/Text: bankruptcy@cavps.com | Feb 08 2023 23:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 14687981 | + Email/Text: bankruptcy@axcess-financial.com | Feb 08 2023 23:40:00 | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| 14687982 | + Email/Text: commonwealth@ebn.phinsolutions.com | Feb 08 2023 23:40:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14687983 | + Email/Text: convergent@ebn.phinsolutions.com | Feb 08 2023 23:40:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14687987 | + Email/Text: bknotice@ercbpo.com | Feb 08 2023 23:40:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14687990 | Email/Text: rj@ffcc.com | Feb 08 2023 23:40:00 | First Federal Credit & Collections, 24700 Chagrin Bouledar, Suite 205, Cleveland, OH 44122 |
| 14687989 | Email/Text: rj@ffcc.com | Feb 08 2023 23:40:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14687994 | Email/Text: EBNBKNOT@ford.com | Feb 08 2023 23:40:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14687991 | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | First Merit Bank, Huntington Banks, Columbus, OH 43216 |
| 14687993 | + Email/Text: cashiering-administrationservices@flagstar.com | Feb 08 2023 23:40:00 | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15425792 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 08 2023 23:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14751614 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 08 2023 23:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14687997 | + Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14687995 | + Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14687996 | + Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14687998 | + Email/Text: Bankruptcy@ICSystem.com | Feb 08 2023 23:40:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14727897 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 23:40:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14687999 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 23:40:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14760687 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 23:53:07 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15555218 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Lakeview Loan Servicing, LLC, PO Box 619096, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75261-9096 |
| 14688000 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 08 2023 23:40:00 | MDS / Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14688001 | | Email/Text: EBN@Mohela.com | Feb 08 2023 23:40:00 | Mohela / Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14722889 | | Email/Text: EBN@Mohela.com | Feb 08 2023 23:40:00 | U.S. Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 15453185 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, Po Box 619096, Dallas, TX 75261-9096 |
| 15557108 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 23:40:00 | Nationstar Mortgage, LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14688002 | + | Email/PDF: pa_dc_claims@navient.com | Feb 08 2023 23:53:07 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14743441 | | Email/PDF: cbp@onemainfinancial.com | Feb 08 2023 23:53:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14688004 | + | Email/PDF: cbp@onemainfinancial.com | Feb 08 2023 23:53:11 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14688005 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 08 2023 23:40:00 | Phoenix Financial Services, LLC, Po Box 361450, Indianapolis, IN 46236 |
| 14688006 | | Email/Text: info@plazaservicesllc.com | Feb 08 2023 23:40:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 14778843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 23:53:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14688478 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 23:53:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14704569 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14688010 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 23:53:12 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14688011 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 23:53:10 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14688012 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 08 2023 23:53:06 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 14721566 | + | Email/Text: bankruptcy@huntington.com | Feb 08 2023 23:40:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14776201 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:40:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14688016 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 23:40:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14688017 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2023 23:40:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**   **Name and Address**

| District/off: 0315-1 | | User: auto | Page 4 of 4 |
|---|---|---|---|
| Date Rcvd: Feb 08, 2023 | | Form ID: pdf900 | Total Noticed: 65 |

| | | |
|---|---|---|
| cr | | 13/7, LLC |
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727898 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14727896 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14687984 | ##+ | Drs. Thomas & Hill Co., 4853 Galaxy Parkway, Suite i, Cleveland, OH 44128-5939 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Sue Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Barton S. Koehne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 12